UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOYLE JASON BILLIOT | CIVIL ACTION |
| VERSUS | NO. 25-2453 |
| JENNIFER F. RICHARD, ET AL. | SECTION "J"(1) |

## **ORDER**

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 4), and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS THEREFORE ORDERED** that Doyle Jason Billiot's federal civil rights claims against defendants Judge Jennifer F. Richard and District Attorney Kristen Russell be **DISMISSED WITH PREJUDICE** as Heck barred, on the basis of immunity, and frivolous and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 11th day of February, 2026.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE